UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| EMMA WILSON, HANNAH STOFFEL, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Cause No.: 1-22-cv-00336 |
| ) | |
| NICHOLAS JOHNSON, HUNTINGTON ) | |
| UNIVERISTY, HUNTINGTON ) | |
| UNIVERSITY BOARD OF TRUSTEES, ) | |
| LAUREN JOHNSON, CURTIS HINES, ) | |
| John Does 1-50, ) | |
| ) | |
| Defendants. ) | |

### DEFENDANTS NICHOLAS JOHNSON AND LAUREN JOHNSON'S MOTION FOR ENLARGEMENT OF TIME TO ANSWER

Defendants, Nicholas Johnson and Lauren Johnson, by counsel, pursuant to Trial Rule 6(B)(1), move for an enlargement of time of thirty (30) days within which to answer or otherwise respond to the Plaintiffs' Complaint for Damages. In support of this Motion, Defendants would show the Court as follows:

1. Plaintiffs filed their Complaint for Damages on September 30, 2022. Defendants were served via certified mail on October 7, 2022.

2. Counsel has just recently been retained and has not had an opportunity to review the facts of this case. This Motion for Enlargement is not being filed for the purposes of delay, but rather for good cause shown.

3. The response shall be due on or before December 8, 2022.

WHEREFORE, Defendants, by counsel, pray that the Court grant their Motion for a thirty (30) day enlargement to and including December 8, 2022, and for all other right and proper relief.

Respectfully submitted,

MANDEL RAUCH & LAMMERS, P.C.

By_____
Derek L. Mandel (Attorney No. 13829-49)
dmandel@mhmrlaw.com
704 Adams Street, Suite F
Carmel, Indiana 46032
(317) 848-7000 / FAX (317) 534-5509
Attorney for Defendant, *Nicholas Johnson and Lauren Johnson*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 8, 2022, this office electronically filed the foregoing with the Clerk of Court using the electronic filing system, which sent notification of such filing and document access links to the following:

| | |
|---|---|
| Annemarie Alonso, annie@sllawfirm.com<br>Jonathan Little, jon@sllawfirm.com<br>Gabrielle Olshemski, gaby@sllawfirm.com<br>SAEED AND LITTLE, LLP<br>133 W. Market Street #189<br>Indianapolis, Indiana 46204<br>(317)721-9214 | Brock Hagerman<br>brock@hulse-lacey.com<br>Hulse, Lacey, Hardacre, & Austin PC<br>911 Meridian Street<br>Anderson, Indiana 46016 |

_____
Derek L. Mandel
dmandel@mhmrlaw.com

MANDEL RAUCH & LAMMERS, P.C.
704 Adams Street, Suite F
Carmel, Indiana 46032
(317) 848-7000 / FAX (317) 534-5509