# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# FORT WAYNE DIVISION

| | |
|---|---|
| EMMA WILSON and HANNAH STOFFEL, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> NICHOLAS JOHNSON, HUNTINGTON ) <br> UNIVERSITY, HUNTINGTON UNIVERSITY ) <br> BOARD OF TRUSTEES, LAUREN JOHNSON, ) <br> CURTIS HINES and JOHN DOES 1-50, ) <br> ) <br> Defendants. ) | Case No.: 1:22-cv-00336-HAB-SLC |

## HUNTINGTON UNIVERSITY AND HUNTINGTON UNIVERSITY BOARD OF TRUSTEES' MOTION TO DISMISS

Defendants Huntington University ("University") and Huntington University Board of Trustees ("Trustees"), pursuant to Fed. R. Civ. P. 12(b)(6), move this Court to dismiss this action as against them for the reason that the Plaintiffs have failed to state a claim under Title IX of the Education Amendments of 1972.  Because the Plaintiffs' Title IX claim is the sole basis for this Court's exercise of its original jurisdiction under 28 U.S.C. § 1331, these Defendants also request that the Court decline to continue to exercise supplemental jurisdiction over the remaining state-law claims under 28 U.S.C. § 1367 and dismiss the suit in its entirety, allowing the Plaintiffs to refile any state-law claims they have in the appropriate Indiana state court.

In further support of their Motion to Dismiss, these Defendants submit herewith their Brief in Support of Motion to Dismiss.

WHEREFORE, Defendants Huntington University and Huntington University Board of Trustees pray this Court will grant their Motion to Dismiss, dismiss this matter in its entirety, and grant to them all other just and proper relief.

Respectfully submitted,

BARRETT McNAGNY LLP

By  /s/Robert T. Keen, Jr.
    Robert T. Keen, Jr., #5475-02
    Cathleen M. Shrader, #18159-02
    215 East Berry Street
    Fort Wayne, IN  46802
    Telephone: (260) 423-9551
    Email:  rtk@barrettlaw.com
           cms@barrettlaw.com

*Attorney for Huntington University and Huntington University Board of Trustees*

## CERTIFICATE OF SERVICE

I hereby certify that I have this 23d day of November, 2022, electronically filed the foregoing with the Clerk of the Court using the CM/ECF which sent notification of such filing to the following:

Annemarie Alonso
Jonathan Little
Gabrielle Olshemski
SAEED AND LITTLE, LLP
133 W. Market Street #189
Indianapolis, Indiana 46204
annie@sllawfirm.com
jon@sllawfirm.com
gaby@sllawfirm.com

Brock Hagerman
HULSE, LACEY, HARDACRE, & AUSTIN PC
911 Meridian Street
Anderson, Indiana 46016
brock@hulse-lacey.com

Derek L. Mandel
MANDEL RAUCH & LAMMERS, P.C.
704 Adams Street, Suite F
Carmel, Indiana 46032
dmandel@mhmrlaw.com

Rachel J. Guin
ROTHBERG LOGAN & WARSCO, LLP
505 E. Washington Blvd.
Fort Wayne, IN 46803
rguin@rothberg.com

Pamela G Schneeman,
STEPHENSON MOROW & SEMLER
3077 East 98th St Ste 240
Indianapolis, IN 46280
pschneeman@stephlaw.com

Matthew L Hinkle
COOTS HENKE & WHEELER PC
255 E Carmel Drive
Carmel, IN 46032
mhinkle@chwlaw.com

Liberty L. Roberts
CHURCH CHURCH HITTLE & ANTRIM LLP
Two North Ninth Street
Noblesville, IN 46060
lroberts@cchalaw.com

                                                            /s/Robert T. Keen, Jr.
                                                            Robert T. Keen, Jr.