UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

EMMA WILSON and HANNAH STOFFEL,

Plaintiffs,

v.

Cause No: 1:22-cv-00336-HAB-SLC

NICHOLAS JOHNSON, HUNTINGTON UNIVERSITY, HUNTINGTON UNIVERSITY BOARD OF TRUSTEES, LAUREN JOHNSON, CURTIS HINES and JOHN DOES 1-50,

Defendants.

---

**DEFENDANTS' NICHOLAS JOHNSON, LAUREN JOHNSON, AND CURTIS HINES' FIRST UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT**

Defendants Nicholas Johnson, Lauren Johnson, and Curtis Hines, by their respective counsel, moves this Court for an extension of time in which to answer or otherwise respond to Plaintiffs' Complaint for Damages and states as follows:

1. Plaintiffs, Emma Wilson and Hannah Stoffel, filed their Complaint on or about September 30, 2022.

2. The original date for Nicholas Johnson, Lauren Johnson, and Curtis Hines to respond to Plaintiffs' Complaint was October 30, 2022, but was extended to November 28, 2022, by each Defendant's Notice of Automatic Enlargement of Time pursuant to Local Rule 6-1.

3. The deadline for these defendants to answer the Complaint has not expired.

4. On November 23, 2022, Huntington University filed a Motion to Dismiss the Complaint.

5. Plaintiffs' counsel has advised Plaintiffs will be filing an Amended Complaint.

6. The current complaint is thirty-three (33) pages and two hundred seventy-one (271) paragraphs.

7. Defendants seek to be prudent with the time and resources for all involved parties and the Court.

8. Given the length of the current Complaint, the anticipated Amended Complaint, and the limited resources of time and money for all parties, Nicholas Johnson, Lauren Johnson, and Curtis Hines request an extension of time to file their answer or otherwise respond to the Complaint.

9. Defendants Nicholas Johnson, Lauren Johnson, and Curtis Hines request an extension of time until January 5, 2023, or until the time permitted by the Federal Rules of Civil Procedure to file a response to the Amended Complaint, whichever occurs first.

10. There are no Case Management Plans, scheduled hearings, or other case deadlines in this case. As such, this extension will not interfere with any of the aforementioned.

11. On November 28, 2022, Plaintiffs' counsel and counsel for Huntington University was advised of this motion and both advise they have no objection to the requested extension.

12. This motion is filed for good cause and will not create a delay in the proceeding of this case.

WHEREFORE, Defendants Nicholas Johnson, Lauren Johnson, and Curtis Hines, by their respective counsel, move this Court for an extension of time in which to answer or otherwise respond to Plaintiffs' Complaint until January 5, 2023, or until the time permitted by the Federal

Rules of Civil Procedure to file a responsive pleading to the Amended Complaint, whichever occurs first, and for all other just and proper relief in the premises.

| Respectfully submitted,<br><br>*Liberty L. Roberts*<br>Liberty L. Roberts, Atty. No. 23107-49<br>CHURCH CHURCH HITTLE + ANTRIM<br>Two North Ninth Street<br>Noblesville, IN 46060<br>lroberts@cchalaw.com<br>*Attorneys for Defendant Curtis Hines* | Respectfully submitted,<br><br>*Pamela G. Schmeeman (with permission)*<br>Pamela G. Schneeman<br>STEPHENSON MOROW & SEMLER<br>3077 E. 98th Street, Suite 240<br>Indianapolis, IN 46280<br>pschneeman@stephlaw.com<br>*Attorney for Defendant Nicholas Johnson* |
|---|---|
| Respectfully submitted,<br><br>*Matthew L. Hinkle (with permission)*<br>Matthew L. Hinkle<br>COOTS, HENKE & WHEELER, P.C.<br>255 East Carmel Drive<br>Carmel, IN 46032<br>mhinkle@chwlaw.com<br>*Attorney for Defendant Lauren Johnson* | |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of November 2022, a true and exact copy of the foregoing was filed electronically via the Court's Electronic filing system. Notice of this filing was sent to the following persons by operation of the Court's Electronic filing system.

| Annemarie Alonso<br>Jonathan Little<br>Gabrielle Olshemski<br>SAEED AND LITTLE, LLP<br>133 W. Market Street, #189<br>Indianapolis, IN 46204<br>annie@sllawfirm.com<br>jon@sllawfirm.com<br>gaby@sllawfirm.com<br><br>Brock Hagerman<br>HULSE, LACEY, HARDACRE & AUSTIN PC<br>911 Meridian Street<br>Anderson, IN 46016 | Robert T. Keen, Jr.<br>Cathleen M. Shrader<br>BARRETT MCNAGNY LLP<br>215 East Berry Street<br>Fort Wayne, IN 46802<br>rtk@barrettlaw.com<br>cms@barrettlaw.com<br>*Attorney for Huntington University and Huntington University Board of Trustees* |
|---|---|

| | |
|---|---|
| brock@hulse-lacey.com<br>*Attorneys for Plaintiffs* | |
| Derek L Mandel<br>Mandel Rauch & Lammers PC<br>704 Adams St Ste F<br>Carmel, IN 46032<br>317-848-7000<br>Fax: 317-534-5509<br>Email: dmandel@mhmrlaw.com<br>*Attorney for Defendant Nicholas Johnson and Lauren Johnson* | Rachel J Guin<br>Rothberg Logan & Warsco LLP - FW/IN<br>505 E Washington Blvd<br>PO Box 11647<br>Fort Wayne, IN 46859-1647<br>260-422-9454<br>Fax: 260-422-1622<br>Email: rguin@rothberg.com<br>*Attorney for Defendant Nicholas Johnson* |

*Liberty L. Roberts*
Liberty L. Roberts

CHURCH CHURCH HITTLE + ANTRIM
Two North Ninth Street
Noblesville, IN 46060
Phone: (317) 773-2190
Fax: (317) 773-5320
LRoberts@cchalaw.com