**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION**

| | |
|---|---|
| EMMA WILSON and HANNAH STOFFEL, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | Case No.: 1:22-cv-00336-HAB-SLC |
| NICHOLAS JOHNSON, HUNTINGTON ) | |
| UNIVERSITY, HUNTINGTON UNIVERSITY ) | |
| BOARD OF TRUSTEES, LAUREN JOHNSON, ) | |
| CURTIS HINES and JOHN DOES 1-50, ) | |
| ) | |
| Defendants. ) | |

---

**HUNTINGTON UNIVERSITY AND HUNTINGTON
UNIVERSITY BOARD OF TRUSTEES' MOTION TO CONTINUE
PRELIMINARY PRETRIAL CONFERENCE**

---

COME NOW Defendants, Huntington University and Huntington University Board of Trustees, by counsel, and hereby respectfully move the Court to continue the Preliminary Pretrial Conference and, in support of this Motion, show the Court as follows:

1.      On September 30, 2022, Plaintiffs filed their Complaint for Damages.

2.      In the Complaint, Plaintiffs have asserted claims under Title IX against Defendants, Huntington University and Huntington University Board of Trustees, invoking the Court's exercise of its original jurisdiction under 28 U.S.C. § 1331. In addition, Plaintiffs have asserted state law claims against all of the Defendants requesting that the Court exercise supplemental jurisdiction over such claims.

3.      On November 23, 2022, these Defendants filed a Motion to Dismiss Plaintiffs' Title IX claims pursuant to Fed. R. Civ. P. 12(b)(6) against them for the reason

3536266

that the Plaintiffs have failed to state a claim under Title IX of the Educational Amendments of 1972.

4.      On November 3, 2022, the Court issued a Notice of Preliminary Pretrial Conference, scheduling a telephone Preliminary Pretrial Conference with Magistrate Judge Susan L. Collins on December 6, 2022 at 11:00 a.m.

5.      In the event that the Court grants the Motion to Dismiss, there will be no remaining federal claims and presumably the Court will dismiss the lawsuit leaving Plaintiffs with the option of refiling their state law claims in state court.

6.      In order to avoid wasting the valuable time and resources of the Court and counsel, it would seem appropriate to continue the Preliminary Pretrial Conference until a date after the Court rules on the Motion to Dismiss. At that point, depending upon the Court's Order, the issue of holding a Preliminary Pretrial Conference will either be moot or should the case remain in federal court, then the Conference can be reset and appropriate pretrial dates and deadlines can be established.

7.      Counsel for the other Defendants have no objection to the grant of this Motion. However, counsel for the Plaintiffs objects to continuing the Preliminary Pretrial Conference and intends to file a written objection.

WHEREFORE, Defendants, Huntington University and Huntington University Board of Trustees, by counsel, pray that the Court grant their Motion to Continue Preliminary Pre-Trial Conference; that the Preliminary Pretrial Conference scheduled for December 6, 2022 be continued to be reset, if necessary, after the Court rules on the pending Motion to Dismiss; and for all other just and proper relief in the premises.

3536266

Respectfully submitted,

BARRETT McNAGNY LLP

By /s/Robert T. Keen, Jr.
    Robert T. Keen, Jr., #5475-02
    Cathleen M. Shrader, #18159-02
    215 East Berry Street
    Fort Wayne, IN 46802
    Telephone: (260) 423-9551
    Email: rtk@barrettlaw.com
          cms@barrettlaw.com

*Attorney for Huntington University and Huntington University Board of Trustees*

3536266

## CERTIFICATE OF SERVICE

I hereby certify that I have this 30th day of November, 2022, electronically filed the foregoing with the Clerk of the Court using the CM/ECF which sent notification of such filing to the following:

Annemarie Alonso
Jonathan Little
Gabrielle Olshemski
SAEED AND LITTLE, LLP
133 W. Market Street #189
Indianapolis, Indiana 46204
annie@sllawfirm.com
jon@sllawfirm.com
gaby@sllawfirm.com

Brock Hagerman
HULSE, LACEY, HARDACRE, & AUSTIN PC
911 Meridian Street
Anderson, Indiana 46016
brock@hulse-lacey.com

Derek L. Mandel
MANDEL RAUCH & LAMMERS, P.C.
704 Adams Street, Suite F
Carmel, Indiana 46032
dmandel@mhmrlaw.com

Rachel J. Guin
ROTHBERG LOGAN & WARSCO, LLP
505 E. Washington Blvd.
Fort Wayne, IN 46803
rguin@rothberg.com

Pamela G Schneeman,
STEPHENSON MOROW & SEMLER
3077 East 98th St Ste 240
Indianapolis, IN 46280
pschneeman@stephlaw.com

Matthew L Hinkle
COOTS HENKE & WHEELER PC
255 E Carmel Drive
Carmel, IN 46032
mhinkle@chwlaw.com

Liberty L. Roberts
CHURCH CHURCH HITTLE & ANTRIM LLP
Two North Ninth Street
Noblesville, IN 46060
lroberts@cchalaw.com

/s/Robert T. Keen, Jr.
Robert T. Keen, Jr.

3536266