UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| EMMA WILSON, HANNAH STOFFEL )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>NICHOLAS JOHNSON, HUNTINGTON )<br>UNIVERSITY, HUNTINGTON UNIVERSITY. )<br>BOARD OF TRUSTEES, LAUREN JOHNSON, )<br>CURTIS HINES , John Does 1-50 )<br>Defendants. )<br>) | No. 1:22-cv-00336-HAB-SLC |

## **PLAINTIFFS' NOTICE OF OBJECTION**

Come now, the Plaintiffs, by counsel, hereby submit their written notice of objection to continuing the upcoming pre-trial conference scheduled for December 6, 2022 at 11:00AM.

1. On November 30, 2022, Defendant Huntington University filed its Motion to Continue the pre-trial conference on December 6, 2022 at 11:00am.

2. Plaintiffs object and view this Motion to Continue as a way to delay this case as it would effectively delay the start of discovery.

3. Defendants will not be unduly burdened or prejudiced by participation in the Preliminary Pretrial Conference, nor have the Defendants claimed as such.

4. Further, Plaintiffs request that discovery commence while the Motion to Dismiss pends.

5. Courts enjoy broad discretion regarding controlling discovery matters.

*Crawford–El v.Britton*, 523 U.S. 574, 598, 118 S.Ct. 1584, 140 L.Ed.2d 759 (1998); *Patterson v. Avery Dennison Corp.*, 281 F.3d 676, 681 (7th Cir.2002).

6. Discovery in the current matter before the Court is not only likely, but rather certainly, to produce facts necessary to defeat the Defendants' motion to dismiss, as filed on November 23, 2022 – as such facts already exist in public record, most notably the Huntington, Indiana Police Department Report that was only accessible by the Public and Plaintiffs after the Plaintiffs filed their complaint for damages on September 30, 2022.

7. "Limitations on pretrial discovery are appropriate where claims may be dismissed based on legal determinations that could not have been altered by any further discovery." (internal quotations and citations omitted). *Simstad v. Scheub*, No. 2:07 CV 407, 2008 WL 1914268, at *1 (N.D. Ind. Apr. 29, 2008).

8. Discovery, in the matter before this Court, will significantly alter legal determinations relating to the Defendants' motion to dismiss as prior to the occurrence of Title IX violation(s) alleged by Plaintiffs, Huntington University had notice of said violations. Specifically, but not exclusively, page 19 of the Huntington, Indiana, Police Report references an early August 2020 meeting on the campus of Huntington University that was attended by Russ Degitz, Chief Operating Officer of Huntington University, as well as Defendant Nicholas Johnson. The subject of the meeting was in regard to concerns about Defendant Nicholas Johnson's behavior. At the meeting, concerns "about the constant flow of students in and out of Mr. Johnson's residence" were discussed. Additionally, Defendant Nicholas Johnson brought up sexual

topics involving minors and current Huntington University students, the topic of "athletes on his HU team with past trauma, some sexual, and how he and his wife are helping the athletes get through these traumatic events", as well as the topic of "treatments". At a minimum, Huntington University had notice of Title IX violations as a result of this early August 2020 meeting attended by Mr. Russ Degitz, Huntington University's Chief Operating Officer. *See* Exhibit 1 – Police Report.

9. Plaintiffs in the matter before this Court have not fully responded to the Motion to Dismiss and discovery will not only likely, but rather certainly, produce facts necessary to defeat the Defendants' motion to dismiss – as such facts now exist in the public domain and have been accessed by the Plaintiffs after the complaint for damages was filed on September 30, 2022.

Wherefore, the Plaintiffs, by counsel, respectfully request that the Court deny Defendant Huntington University's motion to continue the pre-trial conference and for all other just and proper relief in the premises.

Respectfully Submitted,

s/ *Annemarie Alonso*
Annemarie Alonso, annie@sllawfirm.com
Jonathan Little, jon@sllawfirm.com
Gabrielle Olshemski, gaby@sllawfirm.com
SAEED AND LITTLE, LLP
133 W. Market Street #189
Indianapolis, Indiana 46204
(317)721-9214

/s/ *Brock Hagerman*
Brock Hagerman
brock@hulse-lacey.com
Hulse, Lacey, Hardacre, & Austin PC

911 Meridian Street
Anderson, Indiana 46016

CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been filed with the Court's ECF system on this 1st day of December, 2022 which notifies opposing counsel by operation of the same.

/s/ *Annemarie Alonso*
Annemarie Alonso