UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| EMMA WILSON, HANNAH STOFFEL, and ERIN MANCHESS | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Cause No. 1:22-CV-336-HAB |
| NICHOLAS JOHNSON, HUNTINGTON UNIVERSITY BOARD OF TRUSTEES, RUSS DEGITZ, LAUREN JOHNSON, CURTIS HINES, AND JOHN DOES 1-50 | ) ) ) ) ) ) |
| Defendants. | ) |

**ORDER DISMISSING CASE**

On November 20, 2023, the Court GRANTED the University Defendants' Motion to Dismiss the Plaintiffs' claim under Title IX of the Education Amendments of 1972 and declined to exercise supplemental jurisdiction over the remaining state law claims. (ECF No. 60). The Court also granted Plaintiffs until December 6, 2023, to file a Second Amended Complaint. Absent a timely amendment, the Plaintiffs were advised that the case would be dismissed without further notice. The time for amendment has come and gone without Plaintiffs filing a Second Amended Complaint. Accordingly, the Plaintiffs' Title IX Claim is DISMISSED with prejudice. The pendant state law claims are dismissed without prejudice to refiling in state court.

SO ORDERED on December 19, 2023.

s/ *Holly A. Brady*
CHIEF JUDGE HOLLY A. BRADY
UNITED STATES DISTRICT COURT