AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

EMMA WILSON

HANNAH STOFFEL

ERIN MANCHESS

        Plaintiffs

    v.

                                Civil Action No.  1:22-cv-336

NICHOLAS JOHNSON

LAUREN JOHNSON

HUNTINGTON UNIVERSITY

HUNTINGTON UNIVERSITY BOARD OF TRUSTEES

CURTIS HINES

JOHN DOES 1-50

RUSS DEGITZ

        Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

___ the plaintiff_____
recover from the defendant _____ the amount of_____
dollars $_____, which includes prejudgment interest at the rate of _____% plus post-
Judgment interest at the rate of _____ % along with costs.

___ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____
recover costs from the plaintiff _____.

_X_ Other:  Plaintiff's Title IX Claim is DISMISSED WITH PREJUDICE. The pendant state law claims
are DISMISSED WITHOUT PREJUDICE to refiling in state court.

This action was (*check one*):

AO 450 (Rev. 01/09)   Judgment in a Civil Action

___ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

___ tried by Judge _____ without a jury and the above decision was reached.

_X_ decided by Chief Judge Holly A Brady on Motion to Dismiss.

DATE: 12/19/2023                           CHANDA J. BERTA, CLERK OF COURT


                                           by   s/A. Highlen _____
                                           *Signature of Clerk or Deputy Clerk*